AMERICAN HARD WALL PLASTER COMPANY, Respondent, v. BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT NO. 1 OF THE TOWNS OF GERMAN FLATTS,

FRANKFORT, HERKIMER AND SCHUYLER, et al., Appellants.— Appeals dismissed unless records and briefs are filed and served on or before January 23, 1961. Respondent's brief must be filed and served on or before February 2, 1961 if appeals are to be argued at February 1961 Term. (Three Motions.)